AO 442 (Rev. 02/2005-EDVA) Warrant for Arrest

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

WARRANT FOR ARREST

UNITED STATES OF AMERICA
V.

05 - 0610 M - 01

Anthony O'Connor

CASE NUMBER: 1:05-mj-107-001

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>Anthony O'Connor</u> and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice _X_ Supervised Release Violation Petition

charging him or her with (brief description of offense):

Violation of See Attached Petition - See Attached Petition

FILED
NOV 16 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Violation of Title <u>18</u> United States Code, Section(s) <u>3583</u>

| | |
|---|---|
| Paulina A. Miller<br>Name of Issuing Officer | Deputy Clerk<br>Title of Issuing Officer |
| *Paulina A. Miller* (signature)<br>Signature of Issuing Officer | November 10, 2005<br>401 Courthouse Square Alexandria, VA 22314<br>Date and Location |

Bail fixed at $ _____  by _____

| Date Received<br>11/10/2005 | Name and Title of ~~Arresting~~ Officer<br>Reporting<br>Fitzgerald, Derrick DUSM | Signature of ~~Arresting~~ Officer<br>Reporting<br>(signature) |
|---|---|---|
| Date of Arrest<br>11/16/2005 | | |

PDID-579590