Prob 12
(Mod. For E VA 01/05)

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF VIRGINIA



FILED
NOV - 4 2005
CLERK...

U.S.A. vs. Anthony O'Connor                Docket No. 05-107-M

### Petition on Supervised Release

COMES NOW Elizabeth T. Louison, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Anthony O'Connor, who was placed on supervision by the Honorable Liam O'Grady sitting in the Court at Alexandria, Virginia, on the 17th day of May, 2005, who fixed the period of supervision at 2 years and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

PRAYING THAT THE COURT WILL ORDER a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this 4th day of Nov, 2005 and ordered filed and made a part of the records in the above case.

_____
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-4-05

_____
Elizabeth T. Louison
Senior U.S. Probation Officer

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

Petition on Supervised Release
Page 2
RE: O'CONNOR, Anthony

OFFENSE: Possession of Heroin

SENTENCE: On May 17, 2005, the defendant was committed to the custody of the U.S. Bureau of Prisons for 4 months, to be followed by a 2-year term of supervised release.

ADJUSTMENT TO SUPERVISION: Mr. O'Connor's adjustment to supervision has been poor. Mr. O'Connor was released from jail to begin the term of supervised release on August 8, 2005. He reported as required for 2 months.

Mr. O'Connor obtained employment with Bedrock Builders, a company owned by his brother, and was reportedly employed with them as late as October 28, 2005.

VIOLATIONS: The following violations are submitted for the Court's consideration.

SPECIAL CONDITION: FAILURE TO SATISFACTORILY PARTICIPATE IN DRUG TESTING, INCLUDING BUT NOT LIMITED TO URINALYSIS IF ORDERED TO DO SO BY THE SUPERVISING PROBATION OFFICER.

Mr. O'Connor failed to satisfactorily participate in drug testing by failing to appear for random urine testing on October 26 and 28, 2005.

CONDITION #6: FAILURE TO NOTIFY THE PROBATION OFFICER WITHIN 10 DAYS OF CHANGE IN RESIDENCE.

Mr. O'Connor was aware that he was being evicted from his residence. The eviction was set for October 19, 2005, but the Fairfax County Sheriff's Office has advised that the owner allowed a 24-hour notice before the lock would be changed on the premises. The residence has been vacated, however, Mr. O'Connor has not notified this officer of a change of address, and his current whereabouts are unknown.

FTL/lmb