# WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**ANTHONY O'CONNOR**<br><br>DOB:   PDID# | DOCKET NO: | MAGIS. NO: 05-610M-01 |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| WARRANT ISSUED ON THE BASIS OF: Order of Court | DISTRICT OF ARREST | FILED<br>APR 18 2006<br>NANCY MAYER-WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

FAILURE TO APPEAR FOR CONTROL/STATUS HEARING ON REMOVAL PROCEEDINGS AFTER FAILING TO REPORT TO THE EASTERN DISTRICT OF VIRGINIA IN ALEXANDRIA AS ORDERED

(Original Charge : 18 U.S.C. 3583 : Violation of Supervised Release Conditions)

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: | |
|---|---|---|
| BAIL FIXED BY COURT:<br>HOLD WITHOUT BOND | OTHER CONDITIONS OF RELEASE: | |
| ORDERED BY:<br>MAGISTRATE JUDGE ALAN KAY | JUDGE/MAGISTRATE JUDGE:<br>[signature] | DATE ISSUED:<br>November 30, 2005 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>[signature] | DATE:<br>December 1, 2005 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>12-1-05 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN McLEOD SDUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE EXECUTED<br>4-18-05 | | |

1000011